IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:20CR00114-01 DPM |
| | ) | |
| V. | ) | |
| | ) | |
| EDDIE SCOTT SEATON | ) | |

ENTRY OF APPEARANCE

COMES NOW, Robert A. Newcomb hereby enters his appearance in behalf of Eddie Scott Seaton in the above referenced case.

Respectfully submitted:

Robert A. Newcomb, # 73087
Attorney at Law
Post Office Box 149
Little Rock, AR  72203
(501) 372-5577

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing were sent via Email this 9th day of March, 2020 to

Kristin Bryant, #2009156
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR, 72203
(501)-340-2600
Kristin.Bryant@usdoj.gov

Robert A. Newcomb