IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          No. 4:20-cr-114-DPM

EDDIE SCOTT SEATON                                          DEFENDANT

## ORDER

Seaton moves unopposed to continue the 27 April 2020 trial. The Court cancelled the trial based on the ongoing emergency conditions due to COVID-19. ADMINISTRATIVE ORDER TWO. Additionally, Seaton was arraigned last month; and his attorney needs more time to review discovery and consult with an expert. *Doc. 13*. Considering Seaton's diligence, the ends of justice are better served by giving him more time to prepare his case for trial or a plea. And this interest outweighs both Seaton's and the public's interest in a speedy trial. The Court therefore grants the motion, *Doc. 13*, and reschedules the trial for 26 April 2021 at 9:30 a.m. The period of delay caused by granting this continuance is excluded under the Speed Trial Act. 18 U.S.C. § 3161(h)(7)(A) & (B).

So Ordered.

_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_13 April 2020_