AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

United States

v.

Eddie Scott Seaton

**EXHIBIT AND WITNESS LIST**

Case Number: 4:20CR114 DPM

| PRESIDING JUDGE<br>D.P. Marshall, Jr. | PLAINTIFF'S ATTORNEY<br>Kristin Bryant / John Ray White | DEFENDANT'S ATTORNEY<br>John Wesley Hall |
| --- | --- | --- |
| TRIAL DATE (S)<br>5/18/2023 | COURT REPORTER<br>Stephen Franklin | COURTROOM DEPUTY<br>Sherri Black |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| 1 | | 5/18/23 | | yes | ■ SEALED EXHIBIT 1 |
| 2 | | 5/18/23 | | Yes | ■ SEALED EXHIBIT 2 |
| 3 | | 5/18/23 | | Yes | ■ SEALED EXHIBIT 3 |
| 4 | | 5/18/23 | | Yes | ■ SEALED EXHIBIT 4 |
| 5 | | 5/18/23 | | Yes | ■ SEALED EXHIBIT 5 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages