AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## Eastern District of Arkansas

**EXHIBIT AND WITNESS LIST**

United States of America    V.    Eddie Scott Seaton

CASE NUMBER: 4:20-cr-114 DPM

| PRESIDING JUDGE<br>D. P. Marshall Jr. | PLAINTIFF'S ATTORNEY<br>Kristin Bryant/John Ray White | DEFENDANT'S ATTORNEY<br>John Wesley Hall |
|---|---|---|
| TRIAL DATE(S)<br>5/22-25/2023 | COURT REPORTER<br>Stephen Franklin | COURTROOM DEPUTY<br>Sherri Black |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | COURT'S EXHIBIT LIST |
| | | 5/24/2023 | 1 | | Letters and communication between counsel regarding discovery |
| | | 5/24/2023 | 2 | | Defense Proffered Exhibit, Book entitled Gender Queer |
| | | 5/24/2023 | 3 | | Government's Proffered Exhibit - handwritten stories w/fax confirmations |
| | | 5/24/2023 | 4 | | Jury Note - 1 |
| | | 5/24/23 | 5 | | Jury Note - 2 |
| | | 5/24/23 | 6 | | Jury Note - 3 |

~~include~~ a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1    Pages

AO 1 87A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST - CONTINUATION**

United States of America   V. Eddie Scott Seaton

CASE NUMBER: 4:20-cr-114 DPM

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |

Page _____ of _____ Pages