U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**

MAY 2 5 2023

IN OPEN COURT
TAMMY H. DOWNS

By:_____

DEPUTY CLERK

## VERDICT NO. 1

We, the jury, find Eddie Scott Seaton

_____not guilty          ___✓___guilty

of knowingly receiving an obscene visual depiction portraying a minor engaging in sexually explicit conduct, as charged in count one of the Indictment.

5/25/23    1350
Date/Time

If you found Seaton not guilty, your work is done on Verdict No. 1. Sign and date this form, then proceed to Verdict No. 2. If you found Seaton guilty, then answer the next question before proceeding to Verdict No. 2.

In particular, we unanimously find beyond a reasonable doubt (by marking a check mark or marks) that Seaton knowingly received the following visual depiction or depictions:

**Exhibit 7.1**  _____

**Exhibit 7.2** _____

**Exhibit 7.3** _____

**VERDICT NO. 2**

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**

We, the jury, find Eddie Scott Seaton

MAY 2 5 2023

By:_____

IN OPEN
TAMMY H. D....
DEPUTY CLERK

_____not guilty        ____✓____guilty

of knowing possession of child pornography as charged in count

two of the Indictment.

5/25/23  1430
Date/Time