IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                      No. 4:20-cr-114-DPM

EDDIE SCOTT SEATON                                          DEFENDANT

## ORDER

The Court remanded Seaton to the custody of the United States Marshals Service after the jury found him guilty on counts one and two of the Indictment. 18 U.S.C. § 3143(a)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 May 2025