(Post. 02/15/12)

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

United States of America     PLAINTIFF

v.     No. 4:20-cr-114-DPM

Eddie Scott Seaton     DEFENDANT

## RECEIPT FOR EXHIBITS

I hereby acknowledge that the following exhibits introduced during the ☐ hearing or ✓ trial in this case on __22-24 May 2023__, were returned to me as counsel for
*(Date(s))*

__United States of America__.
*(Party Name)*

Exhibits: __Exhibits 1a-1k, 2, 3, 4a-b, 5a-d, 6-10__

*(Attorney Signature)*

Date: __5·25·23__

cc:    Counsel of Record
       File